IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT COURT OF ALABAMA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | Criminal No. 24-00112, 24-00113 |
| vs | ) | |
| ECHANDZA MAXIE | ) | |
| Defendant | ) | |

**MOTION OF DEFENDANT FOR A "GAG" ORDER**

**COMES NOW**, the undersigned Attorney, Ashley N. Bell, as the Attorney for the Defendant, ECHANDZA MAXIE, and would respectfully move this Honorable Court for a "GAG" Order in order to insure that ECHANDZA MAXIE receives a fair and impartial Trial, to facilitate efficient administration of justice, and to prevent prejudicial information from reaching the jury pool. In support of said Motion, Defendant would show the following:

1. The Defendant was arrested and charged in the above styled case(s) on July 29, 2024 and has remained in Detention.

2. There are several alleged Co-Defendants charged in connection to the above styled case(s), which have received extensive media coverage.

3. The above styled case(s) have received extensive media coverage on the local news media outlets.

4. That the media has extensive knowledge, relating not only to statements and or allegations made during Court proceedings, but also to the progress of the ongoing investigation against Defendant.

5. That any extra-judicial statements to the news media will likely prejudice the Defendant.

6. That Any extra-judicial statements to the news media is likely to produce a result of undue prejudice in the community, so as to deprive the Defendant of a fair and impartial trial guaranteed by the Fifth, Sixth and Fourteenth Amendments to the United States Constitution.

**WHEREFORE, PREMISES CONSIDERED,** the Defendant, by counsel, respectfully requests that this Court enter a GAG Order directing parties, counsel, law enforcement officials, and court personnel to refrain from making any extra-judicial statements, relating to the above styled cases and to refrain from any dissemination of information concerning the above styled cases by way of public communication, and for all other relief and proper in the premises.

Respectfully Submitted,

/s/ Ashley N. Bell

Ashley N. Bell (ASB-6772l71S)

Attorney for Defendant

A BELL LAW FIRM, LLC

Physical Address:

950 22nd Street North, Suite 1060

Birmingham, Alabama 35203

Office: (205) 378-7279; Facsimile: (251) 241-0538

**CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2024, I electronically filed the foregoing Motion for GAG Order with the Clerk of Court using the CM/ECF system, AlaFile, PACER, which will send notification of each filing to all counsel of record.

Respectfully Submitted,

/s/ Ashley N. Bell

ASHLEY N. BELL (ASB-6772l71S)